IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:13-CR-163 |
| vs. | |
| STANLEY LEE WHITE, | ORDER |
| Defendant. | |

Defense counsel has represented to the Court that the defendant intends to change his plea. Therefore, this case is removed from the trial docket. The parties are directed to contact Judge Gossett's chambers as soon as is practicable to schedule a change of plea hearing.

The time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1).

Dated this 23rd day of September, 2013.

BY THE COURT:

John M. Gerrard
United States District Judge