IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:13CR163 |
| vs. | ORDER |
| STANLEY LEE WHITE, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Dispositional Hearing (filing 66) is granted.

2. Defendant Stanley Lee White's violation of supervised release hearing is continued to September 21, 2017, at 2:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 9th day of June, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge